**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zepeda, Samuel C Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3731** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**27746 S. Klemme Road**<br>**Crete, IL 60417** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor **27746 Klemme Rd.**<br>(if different from street address above): **Crete, IL 60417** |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>■ Individual(s)   ☐ Railroad<br>☐ Corporation   ☐ Stockbroker<br>☐ Partnership   ☐ Commodity Broker<br>☐ Other_____   ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business   ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>  Must attach signed application for the court's consideration |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) |   certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b). See Official Form No. 3.<br>**\*\*\* Forrest L. Ingram 3129032 \*\*\*** |

**Statistical/Administrative Information** (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Zepeda, Samuel C Sr.** |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **Northern District Illinois** | Case Number: **02 B 18500** | Date Filed: **5/09/02** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Zepeda Construction Services, Inc.** | Case Number: **02 B 18501** | Date Filed: **5/09/02** |
| District: **Northern District Illinois** | Relationship: **Corporation owned by Debtor** | Judge: **Carol A. Doyle** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ Samuel C Zepeda, Sr.**
Signature of Debtor **Samuel C Zepeda, Sr.**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 22, 2005**
Date

**Signature of Attorney**

X     **/s/ Forrest L. Ingram 3129032**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name
**79 W. Monroe St., Suite 1210**
**Chicago, IL 60603**
Address     **Email: foringpc@aol.com**
**(312) 759-2838  Fax: (312) 759-0298**
Telephone Number

**March 22, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Northern District of Illinois

In re **Samuel C Zepeda, Sr.**                                          ,

Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 1,035,000.00 | | |
| B - Personal Property | Yes | 3 | 2,093,860.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 6,495,865.95 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 258,896.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,500.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,900.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 3,128,860.00 | | |
| Total Liabilities | | | | 6,754,762.93 | |

In re   **Samuel C Zepeda, Sr.**    ,    Case No. _____

                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Dwelling** **27746 S. Klemme Road** **Crete, IL 60417** | **100% beneficial interest in South Holland T/U/T 11890, 7/23/99.** | **-** | **650,000.00** | **5,420,346.47** |
| **Vacant lot** **11707 S. Michigan Avenue** **Chicago, IL 60628** | **Fee simple** | **-** | **40,000.00** | **0.00** |
| **Vacant lot** **2618 E. 97th St** **Chicago, IL 60617** **East 20 ft. of south 325 ft. (except north 250 ft. thereof) of block 129 in S. Chicago, Tshp. 37 N, Range 15, East of 34e Princ. merid. in Cook Cty** | **Fee simple** | **-** | **45,000.00** | **0.00** |
| **Vacant lot** **9628 S. Torrence** **Chicago, IL 60617** | **Fee simple** | **-** | **300,000.00** | **0.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,035,000.00** | (Total of this page) |
| Total > | **1,035,000.00** |  |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Samuel C Zepeda, Sr.**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | **700.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture** | - | **3,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art** | - | **700.00** |
| 6.  Wearing apparel. | | **Necessary wearing apparel** | - | **3,800.00** |
| 7.  Furs and jewelry. | | **Watch** | - | **160.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >     **8,360.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Samuel C Zepeda, Sr.** ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholdeer of Zepeda Construction Services, Inc., liquidating chapter 11 debtor in Case No. 02 B 18501.** | **-** | **0.00** |
| | | **100% shareholder of Zepeda Hacienda, Inc., a business on the verge of chapter 7 bankruptcy.** | **-** | **0.00** |
| 13. Interests in partnerships or joint ventures. Itemize. | | **20% interest in Trotter Building Construction** | **-** | **0.00** |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Samuel C Zepeda, Sr.**                                        ,   Case No. _____
                                    Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Cuban American Union** | - | 70,000.00 |
| | | **Claim against CEDA** | - | 2,000,000.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Lincoln Continental, 2000, 80,000+ miles** | - | 4,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Office equipment (computer, fax, etc.)** | - | 1,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | **Machinery, supplies used in business (wheelbarrows, lawnmowers, etc.)** | - | 3,000.00 |
| 28. Inventory. | | **Inventory (fertilizer, gas cans, etc.)** | - | 5,000.00 |
| 29. Animals. | | **5 Dogs** | - | 2,000.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 2,085,500.00 |
| (Total of this page) | |
| Total > | 2,093,860.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re    **Samuel C Zepeda, Sr.**                                                                    ,    Case No. _____
                                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Single Family Dwelling** **27746 S. Klemme Road** **Crete, IL 60417** | **735 ILCS 5/12-901** | **7,500.00** | **650,000.00** |
| **Cash on Hand** **Cash** | **735 ILCS 5/12-1001(b)** | **700.00** | **700.00** |
| **Household Goods and Furnishings** **Furniture** | **735 ILCS 5/12-1001(b)** | **700.00** | **3,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** **Art** | **735 ILCS 5/12-1001(b)** | **400.00** | **700.00** |
| **Wearing Apparel** **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **3,800.00** | **3,800.00** |
| **Furs and Jewelry** **Watch** | **735 ILCS 5/12-1001(b)** | **160.00** | **160.00** |
| **Stock and Interests in Businesses** **100% shareholdeer of Zepeda Construction Services, Inc., liquidating chapter 11 debtor in Case No. 02 B 18501.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **100% shareholder of Zepeda Hacienda, Inc., a business on the verge of chapter 7 bankruptcy.** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Interests in Partnerships or Joint Ventures** **20% interest in Trotter Building Construction** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **Lincoln Continental, 2000, 80,000+ miles** | **735 ILCS 5/12-1001(c)** | **1,200.00** | **4,500.00** |
| **Office Equipment, Furnishings and Supplies** **Office equipment (computer, fax, etc.)** | **735 ILCS 5/12-1001(d)** | **750.00** | **1,000.00** |

___0___   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(12/03)

In re    **Samuel C Zepeda, Sr.**                                                    Case No. _____
                                                    ,
                                                 Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Community Bank of Lawndale**<br>**1111 S. Homan**<br>**Chicago, IL 60624** | X | - | **Mortgage**<br><br>**27746 S. Klemme Road**<br>**Crete, IL 60417**<br><br>Value $          **650,000.00** | X | X | X | **1,074,696.00** | **424,696.00** |
| Account No.<br><br>**Community Bank of Lawndale**<br>**1111 S. Homan**<br>**Chicago, IL 60624** | X | - | **Cross Collaterization**<br><br>**2634-54 E. 97th St.**<br>**Chicago, IL 60617.**<br><br>Value $          **250,000.00** | X | X | X | **Unknown** | **Unknown** |
| Account No. **26-07-105-006**<br><br>**Cook County Collector**<br>**P.O. Box 7552**<br>**Chicago, IL 60680-7552** |  | - | **3/2/04**<br><br>**RE taxes due for 2003 1st Installment**<br><br>**2638-41 E. 97th St.**<br>**Chicago, IL 60617**<br><br>Value $          **250,000.00** |  |  |  | **823.48** | **0.00** |
| Account No. **01 C 5194, R2001-145206**<br><br>**Ill. Dist. Cnsl. Bricklayers**<br>**c/o Dowd Bloch & Bennett**<br>**8 S. Michigan Ave., 19th floor**<br>**Chicago, IL 60603** | X | - | **09-04-01**<br><br>**Memorandum of Judgment**<br><br>**Single Family Dwelling**<br>**27746 S. Klemme Road**<br>**Crete, IL 60417**<br><br>Value $          **650,000.00** | X |  | X | **32,214.36** | **32,214.36** |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)          **1,107,733.84**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re  **Samuel C Zepeda, Sr.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **02 M6 656, R2002-100457** | | | 06-18-02 | | | | | |
| **River Oaks Wholesale Roofing**<br>**5401 Burnham Ave.**<br>**Calumet City, IL 60409** | | - | Memorandum of Judgment<br><br>Single Family Dwelling<br>27746 S. Klemme Road<br>Crete, IL 60417 | | | X | | |
| | | | Value $                    650,000.00 | | | | 10,733.44 | 10,733.44 |
| Account No. **04 CH 2161, Doc. R2004-229900** | | | 04-18-02 | | | | | |
| **Uriostigue Construction Co.**<br>**5538 S. Spaulding**<br>**Chicago, IL 60629** | X | - | Memorandum of Judgment<br><br>Single Family Dwelling<br>27746 S. Klemme Road<br>Crete, IL 60417 | X | X | X | | |
| | | | Value $                    650,000.00 | | | | 5,377,398.67 | 4,727,398.67 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 5,388,132.11 | |
| Total<br>(Report on Summary of Schedules) | 6,495,865.95 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E
(04/04)

In re  **Samuel C Zepeda, Sr.**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6E - Cont.
(04/04)

In re    **Samuel C Zepeda, Sr.**                                    ,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Department of Treasury Internal Revenue Service 230 South Dearborn Chicago, IL 60604** | X | - | **Possible assessment for unpaid corporate taxes** | X | X | X | Unknown | Unknown |
| Account No.<br><br>**Illinois Dept. of Revenue % James Newbold 100 West Randolph, 7FL Chicago, IL 60601** | | - | **Potential Tax Liability resulting from corporate chapter 11 liquidation** | | X | X | Unknown | Unknown |
| Account No.<br><br>**Office of District Counsel 200 West Adams, Ste. 2300 Chicago, IL 60606** | | - | **Notice Purposes, Only** | | | | 0.00 | 0.00 |
| Account No.<br><br> | | | | | | | | |
| Account No.<br><br> | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| Total (Report on Summary of Schedules) | | 0.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(12/03)

In re    **Samuel C Zepeda, Sr.**                                                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **00M1-101886** <br><br> **Acme Lumber** | | - | | **Judgment** | | | X | **5,310.00** |
| Account No. <br><br> **Acuity, A Mutual Insurance Company** <br> **c/o Hinshaw and Culbertson** <br> **222 North LaSalle, Ste. 300** <br> **Chicago, IL 60601** | X | - | | **Potential alleged deficiency in corporate obligation.** | X | X | X | **Unknown** |
| Account No. **40015** <br><br> **BMW FINANCIAL** <br> **5515 PARKCENTER CIRCLE** <br> **Dublin, OH 43017** | X | - | | | | | | **Unknown** |
| Account No. **529115186431** <br><br> **CAPITAL ONE FSB** <br> **10800 NUCKOLS ROAD** <br> **Glen Allen, VA 23060** | X | - | | | X | X | X | **46.00** |

___7___ continuation sheets attached

Subtotal
(Total of this page)          **5,356.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:29834-050105    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     **Samuel C Zepeda, Sr.**                                                   ,          Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **0195-422-00007** | | | | | **Corporate debt** | | | | |
| **Case Credit Corporation** P.O. Box 371974 Pittsburgh, PA 15250 | X | - | | | | X | X | X | **Unknown** |
| Account No. **008-0025270-001** | | | | | **7/6/04** **Judgment in Case No. 03 M1-19-412** | | | | |
| **Center Capital Corporation** P.O. Box 1188 Farmington, CT 06034 | X | - | | | | X | X | X | **24,982.80** |
| Account No. **AC 04-74** | | | | | **Payment of fine** | | | | |
| **Chicago Dept. of Environment** c/o Charles A. King 30 N. LaSalle, STe. 900 Chicago, IL 60602-2580 | | - | | | | | | X | **6,000.00** |
| Account No. **20486** | | | | | | | | | |
| **Chicago Dist. Council of Carpenters** 12 E. Erie Street Chicago, IL 60611 | X | - | | | | X | X | X | **Unknown** |
| Account No. **5824891** | | | | | | | | | |
| **FCA FINANCIAL** 628 NORTH STREET Geneva, IL 60134 | X | - | | | | X | X | X | **395.00** |

Sheet no. __1__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **31,377.80**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    **Samuel C Zepeda, Sr.**                                                    , Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4949813** | | | | | | | | |
| **FCA FINANCIAL SERVICES 628 NORTH STREET Geneva, IL 60134** | X | - | | | X | X | X | 256.00 |
| Account No. **TLP9418864** | | | | | | | | |
| **FMCC 250 EAST CARPENTER PARKWAY Irving, TX 75062** | X | - | | | X | X | X | 14,140.00 |
| Account No. **7LB8123413** | | | | | | | | |
| **FMCC 250 EAST CARPENTER PARKWAY Irving, TX 75062** | X | - | | | X | X | X | 9,197.00 |
| Account No. **TLB8122331** | | | | | | | | |
| **FMCC 250 EAST CARPENTER PARKWAY Irving, TX 75062** | X | - | | | X | X | X | 7,521.00 |
| Account No. **20262528** | | | | | | | | |
| **FORD MOTOR CREDIT P. O . BOX 542000 Omaha, NE 68154** | X | - | | | X | X | | 63,582.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                    94,696.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Samuel C Zepeda, Sr.** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **18003936** | | | | | | | | | |
| **FORD MOTOR CREDIT** **P.O. BOX 542000** **Omaha, NE 68154** | X | - | | | | X | X | X | 16,611.00 |
| Account No. **17005368** | | | | | | | | | |
| **FORD MOTOR CREDIT** **P.O. BOX 54200** **Omaha, NE 68154** | X | - | | | | X | X | X | 10,911.00 |
| Account No. **20997911** | | | | | | | | | |
| **FORD MOTOR CREDIT** **P.O. BOX 542000** **Omaha, NE 68154** | X | - | | | | X | X | X | 9,198.00 |
| Account No. | | | | | **Legal services** **Subject to setoff.** | | | | |
| **Greenburg & Traurig** **77 W. Wacker Drive** **Suite 2500** **Chicago, IL 60601** | X | - | | | | X | X | X | Unknown |
| Account No. **05 L 1700** | | | | | **Motor vehicle accident against corporate chapter 11 debtor in Case No.02 B 18501** | | | | |
| **Heather Haljean** **c/o Garelli & Associates, P.C.** **340 W. Butterfield Road, Ste 2A** **Elmhurst, IL 60126** | | - | | | | X | X | X | Unknown |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **36,720.00**

Form B6F - Cont.
(12/03)

In re    **Samuel C Zepeda, Sr.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | For notice purposes only. | | | | |
| **Hinshaw and Culbertson** **222 N. LaSalle St.** **Suite 300** **Chicago, IL 60601** | | | | | | | | 0.00 |
| Account No. | | - | | 11-10-04 **Redeem 2003 taxes on Klemme Road property, purcahse at tax sale** | | | | |
| **IUKA, INC** **c/o Aaron Takson, Agent** **2222 Chestnut St.** **Glenview, IL 60025** | | | | | | | | 9,453.18 |
| Account No. | X | - | | Telephone | X | X | X | |
| **John Spot Portable Services** **1565 Aurora Avenue** **Aurora, IL 60504** | | | | | | | | 1.00 |
| Account No. 04 M1-186884 | | - | | 3/8/05 **Ex parte judgment** | | | X | |
| **Juan Martinez** **4614 S. Wood** **Chicago, IL 60609** | | | | | | | | 2,869.00 |
| Account No. | X | - | | **Potential alleged deficiency of corporate obligation.** | X | X | X | |
| **K Five Construction Co., Inc.** **c/o David Newby** **180 N. LaSalle St., Ste. 1400** **Chicago, IL 60601** | | | | | | | | Unknown |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,323.18

Form B6F - Cont.
(12/03)

In re   **Samuel C Zepeda, Sr.**                                    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | Potential alleged deficiency of corporate obligation. | | | | |
| **Laborers' Benefit Funds** c/o Patrick T. Wallace 53 W. Jackson Blvd., Ste. 660 Chicago, IL 60604-3607 | X | - | | | | X | X | X | **Unknown** |
| **Account No. 1-1501** | | | | | Corporate debt | | | | |
| **Land & Lakes Disposal Services** 13710 Kostrner Ave. Crestwood, IL 60445 | | - | | | | X | X | X | **Unknown** |
| **Account No. 7W312Y799** | | | | | | | | | |
| **MCC** **250 EAST CARPENTER** **Irving, TX 75062** | X | - | | | | X | X | X | **28,000.00** |
| **Account No. 1AR1330** | | | | | Pending | | | | |
| **McCann Industries** | | - | | | | | | X | **32,172.00** |
| **Account No. 500-4162-69245-0** | | | | | Corporate debt | | | | |
| **Mercedez Benz** 801 Warrenville Rd., Ste 500 P.O. Box 354 Lisle, IL 60532 | | - | | | | X | X | X | **Unknown** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **60,172.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Samuel C Zepeda, Sr.** , Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05 L 1700**<br><br>**Monica Houska**<br>**c/o Garelli & Associates**<br>**340 W. Butterfield Road, Ste 2A**<br>**Elmhurst, IL 60126** | | - | **Motor vehicle accident: claim against chapter 11 corporate debtor in 02 B 18501.** | X | X | X | **Unknown** |
| Account No. **1756Z205B29**<br><br>**NAVISTAR FINANCIALGROUP**<br>**P.O. Box 4024**<br>**Schaumburg, IL 60168** | X | - | | X | X | X | **15,110.00** |
| Account No. **74187**<br><br>**Owens International, Inc.**<br>**16735 Van Dam Road**<br>**South Holland, IL 60473** | X | - | | | | X | **Unknown** |
| Account No. **210169**<br><br>**PARK DANSAN**<br>**113 WEST 3RD AVENUE**<br>**Gastonia, NC 28052** | X | - | **Corporate debt** | X | X | X | **235.00** |
| Account No. **90000104462861001**<br><br>**PREMIER AUTO**<br>**601 SOUTH MINNESOTA AVENUE**<br>**Sioux Falls, SD 57104** | X | - | | X | X | X | **2,680.00** |

Sheet no. __**6**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,025.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re  **Samuel C Zepeda, Sr.**                                                ,     Case No. _____

                                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **0000476604** | | | | | **Telephones** | | | | |
| **PROVIDIAN FINANCIAL 4900 JOHNSON DRIVE Pleasanton, CA 94588** | X | - | | | | | | | **227.00** |
| Account No. | | | | | | | | | |
| **Quest Solutions, Inc 5011 Ocean Blvd. Sarasota, FL 34242** | X | - | | | | X | X | X | **Unknown** |
| Account No. **01 CH 2518** | | | | | **Possible deficiency in corporate obligation.** | | | | |
| **Sewer Buildeers Supplies, Inc. c/o Ogletree Deakins Two First National Plaza, 25th fl, Chicago, IL 60603** | X | - | | | | X | X | X | **Unknown** |
| Account No. **05-12-172113-7897-1** | | | | | | | | | |
| **The Associates Rt. 83 & 22nd Streets Suite 400 Oakbrook Terrace, IL 60181** | X | - | | | | X | X | X | **Unknown** |
| Account No. **01-114445-02** | | | | | | | | | |
| **Wirtz Rental Company 1045 W. 47th Street Chicago, IL 60609** | X | - | | | | X | X | X | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __**7**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **227.00** |
| | Total (Report on Summary of Schedules) | **258,896.98** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **Samuel C Zepeda, Sr.**                                                                    ,   Case No. _____

                                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
        schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

____0____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Samuel C Zepeda, Sr.**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Zepeda Construction Services, Inc.**<br>**9613 s. Torrence**<br>**Chicago, IL 60617** | **K Five Construction Co., Inc.**<br>**c/o David Newby**<br>**180 N. LaSalle St., Ste. 1400**<br>**Chicago, IL 60601** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617**<br>  **Cchapter 11 liquidating debtor** | **Community Bank of Lawndale**<br>**1111 S. Homan**<br>**Chicago, IL 60624** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617**<br>  **Corporate debt.** | **Ill. Dist. Cnsl. Bricklayers**<br>**c/o Dowd Bloch & Bennett**<br>**8 S. Michigan Ave., 19th floor**<br>**Chicago, IL 60603** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617**<br>  **Chapter 11 liquidating debtor** | **Uriostigue Construction Co.**<br>**5538 S. Spaulding**<br>**Chicago, IL 60629** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617**<br>  **Chapter 11 liquidating debtor.** | **Acuity, A Mutual Insurance Company**<br>**c/o Hinshaw and Culbertson**<br>**222 North LaSalle, Ste. 300**<br>**Chicago, IL 60601** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **BMW FINANCIAL**<br>**5515 PARKCENTER CIRCLE**<br>**Dublin, OH 43017** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **CAPITAL ONE FSB**<br>**10800 NUCKOLS ROAD**<br>**Glen Allen, VA 23060** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Case Credit Corporation**<br>**P.O. Box 371974**<br>**Pittsburgh, PA 15250** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Chicago Dist. Council of Carpenters**<br>**12 E. Erie Street**<br>**Chicago, IL 60611** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Center Capital Corporation**<br>**P.O. Box 1188**<br>**Farmington, CT 06034** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FCA FINANCIAL**<br>**628 NORTH STREET**<br>**Geneva, IL 60134** |

  **2**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

In re   **Samuel C Zepeda, Sr.**                                                     ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FCA FINANCIAL SERVICES**<br>**628 NORTH STREET**<br>**Geneva, IL 60134** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FMCC**<br>**250 EAST  CARPENTER PARKWAY**<br>**Irving, TX 75062** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FMCC**<br>**250 EAST CARPENTER PARKWAY**<br>**Irving, TX 75062** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FMCC**<br>**250 EAST CARPENTER PARKWAY**<br>**Irving, TX 75062** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FORD MOTOR CREDIT**<br>**P. O . BOX 542000**<br>**Omaha, NE 68154** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FORD MOTOR CREDIT**<br>**P.O. BOX 542000**<br>**Omaha, NE 68154** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FORD MOTOR CREDIT**<br>**P.O. BOX 54200**<br>**Omaha, NE 68154** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **FORD MOTOR CREDIT**<br>**P.O. BOX 542000**<br>**Omaha, NE 68154** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Greenburg & Traurig**<br>**77 W. Wacker Drive**<br>**Suite 2500**<br>**Chicago, IL 60601** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **John Spot Portable Services**<br>**1565 Aurora Avenue**<br>**Aurora, IL 60504** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Laborers' Benefit Funds**<br>**c/o Patrick T. Wallace**<br>**53 W. Jackson Blvd., Ste. 660**<br>**Chicago, IL 60604-3607** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **MCC**<br>**250 EAST CARPENTER**<br>**Irving, TX 75062** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **NAVISTAR FINANCIALGROUP**<br>**P.O. Box 4024**<br>**Schaumburg, IL 60168** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

In re   **Samuel C Zepeda, Sr.**               ,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Owens International, Inc.**<br>**16735 Van Dam Road**<br>**South Holland, IL 60473** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **PARK DANSAN**<br>**113 WEST 3RD AVENUE**<br>**Gastonia, NC 28052** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Quest Solutions, Inc**<br>**5011 Ocean Blvd.**<br>**Sarasota, FL 34242** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **PREMIER AUTO**<br>**601 SOUTH MINNESOTA AVENUE**<br>**Sioux Falls, SD 57104** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **PROVIDIAN FINANCIAL**<br>**4900 JOHNSON DRIVE**<br>**Pleasanton, CA 94588** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Wirtz Rental Company**<br>**1045 W. 47th Street**<br>**Chicago, IL 60609** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **The Associates**<br>**Rt. 83 & 22nd Streets**<br>**Suite 400**<br>**Oakbrook Terrace, IL 60181** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Sewer Buildeers Supplies, Inc.**<br>**c/o Ogletree Deakins**<br>**Two First National Plaza, 25th fl,**<br>**Chicago, IL 60603** |
| **Zepeda Construction Services, Inc.**<br>**9613 S. Torrence**<br>**Chicago, IL 60617** | **Department of Treasury**<br>**Internal Revenue Service**<br>**230 South Dearborn**<br>**Chicago, IL 60604** |
| **Zepeda Hacienda, Inc.**<br>**1040 N. Dixie Highway**<br>**Chicago Heights, IL 60411**<br>    **Secured by the Hacienda Hotel** | **Community Bank of Lawndale**<br>**1111 S. Homan**<br>**Chicago, IL 60624** |

Sheet __**2**__ of __**2**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Form B6I
(12/03)

In re  **Samuel C Zepeda, Sr.**                                    Case No. _____
                        Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Construction Consultatnt** | |
| Name of Employer | **Self** | |
| How long employed | **2 months** | |
| Address of Employer | **9613 S. Torrence**<br>**Chicago, IL 60617** | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | N/A |
| Estimated monthly overtime | $ | 0.00 | $ | N/A |
| SUBTOTAL | $ | 0.00 | $ | N/A |
| LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b.  Insurance | $ | 0.00 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | 3,500.00 | $ | N/A |
| Income from real property | $ | 0.00 | $ | N/A |
| Interest and dividends | $ | 0.00 | $ | N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| Social security or other government assistance (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| Pension or retirement income | $ | 0.00 | $ | N/A |
| Other monthly income (Specify) | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| TOTAL MONTHLY INCOME | $ | 3,500.00 | $ | N/A |

TOTAL COMBINED MONTHLY INCOME        $ _____ 3,500.00 _____        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re  **Samuel C Zepeda, Sr.**                                              Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

O    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?  Yes ____   No **X** | | |
| Is property insurance included?  Yes ____   No **X** | | |
| Utilities:  Electricity and heating fuel | $ | 300.00 |
| Water and sewer | $ | 0.00 |
| Telephone | $ | 180.00 |
| Other  **Cell phone** | $ | 250.00 |
| Home maintenance (repairs and upkeep) | $ | 150.00 |
| Food | $ | 500.00 |
| Clothing | $ | 280.00 |
| Laundry and dry cleaning | $ | 280.00 |
| Medical and dental expenses | $ | 500.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 30.00 |
| Charitable contributions | $ | 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 130.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 125.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Estimated taxes** | $ | 900.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
| Auto | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 25.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | **3,900.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
| (interval) | | |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Samuel C Zepeda, Sr.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **24** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 22, 2005**

Signature  **/s/ Samuel C Zepeda, Sr.**

**Samuel C Zepeda, Sr.**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Samuel C Zepeda, Sr.**

Debtor(s)

Case No.

Chapter  **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
O

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$60,000.00** | **2003** |
| **$78,000.00** | **2004** |

**2. Income other than from employment or operation of business**

None
O

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$10,000.00** | **Gambling Winnings** |
| **$35,277.06** | **Gambling Winnings 03/21/04-12/05/2004** |

2

**3. Payments to creditors**

None
n

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
n

b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
o

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Acme Lumber v. Samuel Zepeda M1101886** | | **Chicago Municipal** | **Judgment for Plaintiff for $5031** |
| **Chicago Dept. of Environment v. Zepeda AC 04-74** | **Administrative Citation** | **Illinois Pollution Control Board** | **Order finding violation of EPA and imposing fine.** |
| **McCann Industries v. Samuel Zepeda 1AR0001330 and 156 VC 59** | **Administrative** | **Circuit Court of the 18th Judicial Circuit, DuPage County** | **Pending** |
| **Zepeda v. CEDA** | **Breach of Contract** | **Circuit Court of Cook County** | **Pending** |
| **Zepeda v. Cuban American Union** | **Breach of Contract** | **Circuit Court of Cook County** | **Pending** |
| **Martinez v. Zepeda 04 M1-186884** | **Injury** | **Circuit Court Cook County, Municipal District** | **Judgment 3/8/05** |
| **99536189, 20737005, 1AR1130 Captions unknown** | **Administrative Hearings** | **Unknown** | **Unknown** |
| **02 M6-656 Caption unknown** | **Unknown** | **Circuit Court of Cook County, Municiapl Department, Sixth District** | |
| **02M6-3578 Caption unknown** | **Unknown** | **Circuit Court of Cook County, Municipal Department, 6th Districdt** | **Unknown** |
| **03M1-1805112 Caption unknown** | **Unknown** | **Circuit Court of Cook County, Municipal Department, First District** | **Unknown** |
| **99M1-0148948 Caption unknown** | **Unknown** | **Circuit Court of Cook County, Municiapl Department, First District** | **Unknown** |
| **In re Samuel Zepeda, Sr. 02 B 18500** | **Chapter 11 Bankruptcy** | **Bankruptcy Court, Northern District of Illinois, Eastern Division** | **Dismissed** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Acme Lumber v. Zepeda 01M1-101886** | **Unknown** | **Circuit Court of Cook County, Municipal Department, First District** | **Judgment for$5,031** |
| **Houska and Haljean v. Zepeda et al. 05 K 1700** | **Personal injury** | **Circuit Court of Cook County, Law Division** | **Pending** |

None
n

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
n

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
n

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
n

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
n

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
o

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **$30,000 at the Horseshoe Casino** | **Gambling** | **01-2004 - 12-2004** |

**9. Payments related to debt counseling or bankruptcy**

None
o

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Forrest L. Ingram, P.C.**<br>**79 W. Monroe, Suite 1210**<br>**Chicago, IL 60603** | **February-March 2005** | **$4500 ($3,664 attorney fee retainer; $839 filing fee for chapter 11)** |

**10. Other transfers**

None
n

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11. Closed financial accounts**

None
n

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
n

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

### 13.  Setoffs

None
n

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None
n

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15.  Prior address of debtor

None
n

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
n

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
n

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
n

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None
n    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
o    a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

     If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

     If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Zepeda Construction** | **36-4102952** | **9613 S. Torrence Chicago, IL** | **General Contractor/Construction** | **11-1999 to present** |

None
n    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

     *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
n    a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
n    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
n    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

7

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
o       issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                                    DATE ISSUED
**Darren Guccione, CPA**
**D.S. Guccione, LLC**
**322 South Green, Suite 404**
**Chicago, IL 60607**

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
n       and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                              (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
n

                                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                             RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
n

NAME AND ADDRESS                      NATURE OF INTEREST            PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
n       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                              NATURE AND PERCENTAGE
NAME AND ADDRESS                      TITLE                   OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
n       commencement of this case.

NAME                                  ADDRESS                       DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
n       immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
n       in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
        commencement of this case.

NAME & ADDRESS                                                    AMOUNT OF MONEY
OF RECIPIENT,                         DATE AND PURPOSE            OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR                OF WITHDRAWAL               VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
n

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER

**25. Pension Funds.**

None
n

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **March 22, 2005**                    Signature    **/s/ Samuel C Zepeda, Sr.**

**Samuel C Zepeda, Sr.**

Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

B 201 (11/03)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7:  Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, criminal debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12:  Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | |
|---|---|---|
| **/s/ Samuel C Zepeda, Sr.** | **March 22, 2005** | |
| Debtor's Signature | Date | Case Number |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Samuel C Zepeda, Sr.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **47**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 22, 2005**

**/s/ Samuel C Zepeda, Sr.**

**Samuel C Zepeda, Sr.**

Signature of Debtor