IN THE UNITED STATES OF BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| SAMUEL ZEPEDA, Sr.    . ) | Chapter 11 |
| ) | |
| Debtor and Debtor in Possession ) | Case No. 05 B 10341 |
| ) | |
| ) | Judge Carol A. Doyle |
| ) | |
| ) | Hearing: 10-31-06, 10:45 A.M. |

## ORDER GRANTING FOURTH AND FINAL APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OF FORREST L. INGRAM, P.C.

THIS MATTER came to be heard on the Fourth and Final Application for Compensation for Professional Services of Forrest L. Ingram, P.C. attorney for Debtor. Copies of the fee petition were served on the Debtor, the United States Trustee, and all parties entitled to notice. Due notice of hearing was served on Debtor, the U.S. Trustee and all creditors and parties in interest, and a certificate of service has been filed with the Court. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. Forrest L. Ingram, P.C. is awarded $~~18,319.00~~ $12,000 of the professional compensation requested for the time period beginning May 23, 2006 through October 25, 2006.

2. Forrest L. Ingram, P.C. is awarded reimbursement of expenses incurred during the period of May 23, 2006 through October 25, 2006 in the total amount of $36.40.

3.  The Debtor is authorized and directed to pay Forrest L. Ingram, P.C., in addition to any unpaid balances on the prior fee orders, the total net aggregate amount of $~~18,355.40~~ 12036.40 for compensation for services pursuant to Applicant's motion.

4.  The hearing on Applicant's Fourth and Final Application for Interim Compensation for Professional Services is hereby concluded.

Dated: October 31, 2006            BY THE COURT:

_____
The Honorable Carol A. Doyle
Bankruptcy Judge

This order was prepared
By Forrest L. Ingram, P.C.